UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON KNOWLES, *On Behalf Of Himself And All Other Persons Similarly Situated*,

                Plaintiff,

-against-

MERCYHURST UNIVERSITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2024

1:23-cv-9006-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement in principle [ECF No. 13]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made **by February 18, 2024**. If no such application is made by that date, today's dismissal is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: January 18, 2024
New York, NY

                                    */s/ Mary Kay Vyskocil*
                                **MARY KAY VYSKOCIL**
                                **United States District Judge**